United States District Court
Middle District of Pennsylvania

Rodrick BrayBoy

vs.

Federal Bureau Investigation
Director Christopher Wray, Federal ofcs.
Deputy Delasandro

: IN THE UNITED STATES
: DISTRICT COURT FOR THE
: MIDDLE DISTRICT
: PETITION FOR A
: WRIT MANDAMUS

The Petitioner, Rodrick BrayBoy hereby Petitions for a Writ Mandamus to the United States District Court for the Middle District of Pennsylvania, for the Federal Bureau of Investigation, in Washington. D.C, and Scranton Pennsylvania for failure to investigate Complaints Pertaining to me being illegally incarcerated, Massive fraud being Filed in my Name and images of me and Content being Placed on Line about me by Via, Websites and Streaming Services Without my Consent, Also Corrupt Federal officers being involved and Corrupt governer, Tom Wolf, Federal Direct Christopher Wray and Deputy Director Delasandro Obstructing Justice and runing illegaly Purchased Buisness etc dating back Ten years or More and Others Corrupt officers Purchasing Multiple Courts, And D.O.C.

I.   STATEMENT OF JURISDICTION

The Court has Jurisdiction under the all Writs Act, 28 U.S.C.A ss 1651, and Rule 21 of the Federal Rules of Appeallate Procedure.

II.   Question Presented

1. Should the Federal Bureau of Investigation be Ordered to Investigate Complaints Filed to the (FBI), Pertaining to Federal Corruption and Government Corruption in Filing illegal Lawsuits in Petitioners name and Obstructing Justice and Purchasing Buisnesses With illegal Proceeds and Never Informing Petitioner.

c/c

(1)

III. Relief Sought

I would like everything investigated and Corrupt Federal officials prosecuted and to be formally Notified about what took Place and what was generated from the fraud. Christopher Wray and Anthony Delasandro should be investigated, they ran Companys purchased illegaly.

IV. Summary Argument

The Petioner has a fourteenth amendment right Under the United State Constitution, to Due Process under the Due Process clause to have Complaints Investigated When they are Substantiated.

V. STATEMENT OF FACTS

The Petioner Filed a Complaint 6-30-24 and Several others to the Federal Bureau of Investigation, Pertaining to being Prosecuted illegally, Massive fraud being Filed in My Name, Federal and Political Corruption involving Nancy Pelosi, Christopher Wray, Director, Deputy Anthony Delasandro, FBI Heads of Delaware County, Pennsylvania and Philadelphia, Pennsylvania and Depart of Justice Civil Department Director Desantis and others. See Complaints Filed to Department of Justice.

VI. Argument

The ~~Pennsylvania~~ Federal Bureau of Investigation Should be made to investgate Complaints and all Parties involved, and online Content of Petitioner.

1. General Principles and Standard Review
The District Court Exercise its Jurisdiction When it has the authority to do so, When a government Entity refuses to exersize your substantive rights to Due Process, The District Court Can issue a Writ.

(2)

Party seeking Mandamus must show both that there is clear entitlement to relief requested and there's irrepable harm.

2. Mandamus is the Proper remedy in this case to order ~~Pennsylvania~~ Federal Bureau of Investigation to investigate Complaints and Nancy Pelosi and head of Governors Bureau Joe biden, Tom Wolf, Ed Rendell for Prior and Feature Lawsuits being Filed Without My Consent and knowledge Possibly When I was a Juvenile to Current Date, Filling thraug Philadelphia Federal Court, and Governors office, also in the Capitol in Washington, and in the prothontarys office and also receiving a Settlement from the Federal reserve, these Same Corrupt officials target me and My Family to Cover up Crime, Corruption also in other states with Feds and Gov Pertaining to Lawsuits, Buying Companys, illegal Proceeds Generated from Websites of Petitioner

VII    Conclusion

Writ should be granted, FBI should be made to investigate and Prosecute all involved immediately because me and my family are at risk of retaliation.

Date November 1st 2024         By _Rodrick BrayBoy_
                                  Rodrick BrayBoy

(3)

Rodrick BrayBoy #QQ4894
SCI Mahanoy
301 GreyLine Drive
Frackville, PA 17931

HARRISBURG PA 171
INMATE MAIL
28 OCT 2024 PM 2 L
PA DEPT OF
CORRECTIONS

quadient
FIRST-CLASS M.
IMI
$000.69
10/28/2024 ZIP 1
043M31230995

Office of the Clerk
United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse
240 West third street, Suite 218
Williamsport, PA 17701-6460

RECEIVED
WILLIAMSPORT
OCT 30 2024
PER EA
DEPUTY CLERK

17701-646099